IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MELANIE HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV0075SNL |
| ) | |
| PEMISCOT MEMORIAL HEALTH ) | |
| SYSTEMS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On application of the parties, the Court finds that the adverse impact of the disclosure of the settlement agreement presented to the Court herein, and its terms and provisions, on the plaintiff and on the defendants outweigh the public policy considerations of **§ 610.011, RSMo.**, therefore, it is hereby Ordered that the settlement agreement, including all of its terms and provisions, shall be confidential and a closed record, and neither the agreement nor any of its terms and provisions shall be disclosed by the parties, their agents and employees, to any third parties except their auditors, accountants, and attorneys.

_____
Hon. Stephen N. Limbaugh

8/6/07
_____
Date